```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

CLINTON L. WYATT,             )
                              )
        Plaintiff             )
                              )     No. 3:13-0853
v.                            )     Judge Trauger/Brown
                              )     **Jury Demand**
NURSE FRASIER, CCA, INC.,     )
*et al.*,                     )
                              )
        Defendants            )

### **O R D E R**

The Plaintiff has sent the Court a letter asking for the status of the case. The **Clerk** will send with this order a copy of the docket sheet.

The Plaintiff has not provided a good address for the sole remaining Defendant Frasier. The Court has obtained an address and the United States Marshal Service is attempting service using this address (*see* Docket Entry 28). The case cannot proceed until this Defendant is served. If the Marshals Service cannot serve the only remaining Defendant, the case is subject to dismissal after 120 days unless the Plaintiff can provide a better address for Nurse Frasier.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge