# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| CLINTON L. WYATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0853 |
| | ) | Judge Trauger |
| NURSE FRASIER, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## O R D E R

On June 23, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 55), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by defendant F/N/U Frasier (Docket No. 44) is **GRANTED**, and all claims against this defendant are **DISMISSED WITH PREJUDICE**. This being the last remaining defendant in this case, the Clerk shall **CLOSE** this file. Any appeal taken from this Order will not be certified as taken in good faith.

It is so **ORDERED**.

ENTER this 23rd day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge